## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT JAMES SALES, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:15-cv-002872-001 |
| | : | |
| v. | : | |
| | : | |
| ROBERTS FILTER HOLDING COMPANY, ROBERTS FILTER GROUP, ROBERTS INDUSTRIES, INC., ROBERTS WATER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

This matter has been settled by agreement of all parties. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, Robert James Sales, Inc., and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants, Roberts Filter Holding Company, Roberts Filter Group, Roberts Industries, Inc., and Roberts Water Technologies, Inc.

Dated: June 29, 2015

/s/ Adam C. Sasso
James C. King
Adam C. Sasso
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7108
(215) 564-8000 (phone)
(215) 564-8120 (fax)
jking@stradley.com
asasso@stradley.com

*Attorneys for Plaintiff,*
*Robert James Sales, Inc.*