IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT JAMES SALES, INC.** | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 15-2872 |
| **ROBERTS FILTER HOLDING** | : |
| **COMPANY, et al** | : |

## ORDER

**AND NOW**, this 30th day of June 2015, upon consideration of Plaintiff's Notice of Voluntary Dismissal (ECF Doc. No. 3), it is **ORDERED** Plaintiff's claims are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk of Court is directed to close this case for statistical and all other purposes.

KEARNEY, J.